# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1095. JULIUS M. JONES v. KENNIQUA S. JONES.

Julius M. Jones filed this direct appeal from the trial court's October 6, 2022, final divorce decree.[1] We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Jones's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  05/03/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, Clerk.

---

[1] Jones appealed the divorce decree to the Supreme Court, which transferred the matter to this Court. Case No. S23A0467 (Feb. 7, 2023).